**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FELIPE RIVAS TORRES,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-13190 (SDW)**<br><br>**ORDER** |

This matter comes before this Court on Petitioner Felipe Rivas Torres's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), Respondents' answer in opposition (ECF No. 5), and Petitioner's reply (ECF No. 6). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 28th day of October, 2026

**ORDERED** that the Petition at ECF No. 1 is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the restrictions imposed on Petitioner's location by this Court shall remain in place until the bond hearing has concluded; and it is finally

**ORDERED** that the Clerk shall **CLOSE** this case.

Hon. Susan D. Wigenton,
United States District Judge