**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Jena L. Tiernan*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jena.tiernan2@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2044*

November 23, 2026

**BY ECF**
Honorable Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Rivas Torres v. Mullen*, *et al.*, No. 26-cv-13190 (SDW)**
**Respondents' Update Regarding Petitioner's Bond Hearing**

Dear Judge Wigenton:

This Office represents Respondents in this habeas matter. On October 28, 2026, this Court dismissed Petitioner's habeas petition without prejudice, ordering "that the restrictions imposed on Petitioner's location by this Court shall remain in place until the bond hearing has concluded." *See* ECF 8.

U.S. Immigration and Customs Enforcement ("ICE") reports that Petitioner received a bond hearing on November 20, 2026. At that hearing, ICE reports that an Immigration Judge denied Petitioner's request for release on bond. Petitioner may seek administrative review of the IJ's decision via appeal to the Board of Immigration Appeals. *See* 8 C.F.R. §§ 1003.19(f), 1003.1(b)(7), 1003.38; *Hugo A. A. Q. v. Green,* No. 17-5755 (JMV), 2018 WL 3993456, at *3 (D.N.J. Aug. 21, 2018). Accordingly, Petitioner has received all process due under 8 U.S.C. § 1226(a). *See, e.g.*, *Kollie v. Bondi,* No. 26-1158 (MAS), 2026 WL 1290660, at *1 (D.N.J. May 12, 2026) (holding that a detainee eligible for a bond hearing under § 1226(a) must exhaust administrative remedies before bringing a habeas petition).

ICE further reports that Petitioner is now scheduled for removal. So that Petitioner may be removed, we respectfully ask the Court to close this case and lift all temporary restraints.

**SO ORDERED this** 24th **day**
**of** November **20**26

/s/ Hon. Susan D. Wigenton

**United States District Judge**